UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO JOSE GARCIA,<br><br>   Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>   Defendants. | Case No. 24-cv-06593-RFL (PR)<br><br>**ORDER OF TRANSFER** |

  Plaintiff Alfredo Jose Garcia's 42 U.S.C. § 1983 claims arise from events that occurred at North Kern State Prison, which is in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the Defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

  **IT IS SO ORDERED.**

**Dated:** October 9, 2024

                       RITA F. LIN<br>
                     United States District Judge