UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO JOSE GARCIA, | No. 1:24-cv-01227-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (Doc. 15) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed the instant action on September 19, 2024. On November 22, 2024, the assigned magistrate judge ordered Plaintiff to show cause why the action should not be dismissed for failure to exhaust administrative remedies. Doc. 13. Plaintiff failed to respond to the order to show cause.

Thereafter, on January 8, 2025, the magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, for plaintiff's failure to exhaust his administrative remedies prior to filing this action and for plaintiff's failure to prosecute this

1

1  action and failure to comply with the court's order. Doc. 15. The findings and recommendations
2  were served on plaintiff and contained notice that any objections thereto were to be filed within
3  fourteen (14) days after service. *Id.* at 5. Plaintiff did not file objections and the time to do so has
4  passed.

5      In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of
6  the case. Having carefully reviewed the file, the Court concludes that the findings and
7  recommendations are supported by the record and by proper analysis.

8      Accordingly, IT IS ORDERED:

9  1. The findings and recommendations issued on January 8, 2025, Doc. 15, are adopted in
10     full;
11  2. This action is dismissed, without prejudice, for plaintiff's failure to comply with a court
12     order, failure to prosecute, and failure to exhaust administrative remedies prior to filing
13     suit; and
14  3. The Clerk of the Court is directed to close this case.

17  IT IS SO ORDERED.

18      Dated:   February 10, 2025                          
19                                            UNITED STATES DISTRICT JUDGE